# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

357

CA 12-00269

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

SAMAN SAFADJOU, PLAINTIFF-RESPONDENT,

V

MEMORANDUM AND ORDER

AZINE MOHAMMADI, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

THOMAS N. MARTIN, ROCHESTER, FOR DEFENDANT-APPELLANT.

MAUREEN A. PINEAU, ROCHESTER, FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered November 23, 2010. The order, inter alia, adjudged that defendant was properly served by email.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Safadjou v Mohammadi* ([appeal No. 3] ___ AD3d ___ [Apr. 26, 2013]).

Entered: April 26, 2013                          Frances E. Cafarell
                                                 Clerk of the Court